1092

No. 97–1014.  DONNELL v. OFFICE OF DISCIPLINARY COUNSEL OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 97–1020.  M. A. BAHETH & CO., INC. v. SCHOTT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–1024.  DOLLAR v. UNITED STATES; and
No. 97–7166.  GANDY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 123 F. 3d 813.

No. 97–1033.  SMITH v. LOUISIANA-PACIFIC CORP. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–1042.  HIMBER v. POWERS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–1052.  ARRIEH v. CITY OF MILWAUKEE.  Ct. App. Wis.  Certiorari denied.

No. 97–6186.  ROBINSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6354.  LEE v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–6533.  CAMERON ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–6567.  AKPAETI v. FLORIDA DISTRICT COURT OF APPEAL, THIRD DISTRICT; and AKPAETI v. TERRANOVA CORP.  Sup. Ct. Fla.  Certiorari denied.

No. 97–6677.  WILLIAMS v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 97–6698.  BADDOUR v. CARY.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 97–6747.  CUMMINGS v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.